IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>NEW CENTURY TRS<br>HOLDINGS INC., et al.,<br><br>      Debtors. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Bk. No. 07-10416 (BLS) |
| KIMBERLY S. CROMWELL,<br><br>      Appellant,<br><br>v.<br><br>NEW CENTURY TRS HOLDINGS,<br>INC. and NEW CENTURY<br>LIQUIDATING TRUST,<br><br>      Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 14-822-SLR |

# ORDER

At Wilmington this ~~JleVr~~ day of August, 2014, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 26, 2014.**

2. Appellees' brief in opposition to the appeal is due on or before **October 27, 2014.**

3. Appellant's reply brief is due on or before **November 10, 2014.**

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

                                                             _____
                                                             United States District Judge